James L. Martin, ISB No. 4226
Tyler J. Anderson, ISB No, 6632
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
Email:   jlm@moffatt.com; tya@moffatt.com
MTBR&F File No. 22669.0000

David M. Byers, ISB No. 7317
W. George Bassett, admitted *pro hac vice*
K. Michael Fandel, admitted *pro hac vice*
GRAHAM & DUNN PC
Pier 70, Suite 300
2801 Alaskan Way
Seattle, Washington 98121-1128
Telephone (206) 624-8300
Facsimile (206) 340-9599
Email:   dbyers@grahamdunn.com, gbassett@grahamdunn.com,
         mfandel@grahamdunn.com

Attorneys for Plaintiff
Huntsman Advanced Materials LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUNTSMAN ADVANCED MATERIALS LLC, | Civil No. 08-229-E-BLW |
| Plaintiff, | EXPERT REPORT OF JAMES A. ROBERTSON, CPCU, ARM |
| vs. | |
| ONEBEACON AMERICA INSURANCE COMPANY and SPARTA INSURANCE COMPANY, formerly known as AMERICAN EMPLOYERS' INSURANCE COMPANY, | |
| Defendants. | |

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 1

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Exhibit 6
Page 1 of 18

# HUNTSMAN ADVANCED MATERIALS LLC V. ONEBEACON AMERICA INSURANCE COMPANY, ET AL.
## EXPERT REPORT OF JAMES A. ROBERTSON, CPCU, ARM

### I. SCOPE OF WORK

a. I have been engaged by Huntsman Advanced Materials LLC ("Huntsman") to offer opinions in the above-noted matter. I have been asked to perform analyses and/or offer opinions regarding the content of lost general liability policies.

b. I may be asked to review additional information in the future, in which case I reserve the right to amend or supplement the opinions discussed in this report. For example, I may be requested to develop additional and/or rebuttal opinions after the Defendants' experts' reports and related documents become available.

c. All work performed in support of my opinions as expressed in this report was performed by me or by members of my staff at my direction and under my supervision.

### II. QUALIFICATIONS

a. I am a consultant specializing in risk management and the property-casualty insurance industry. I have performed consulting engagements for organizations ranging in size from individuals with substantial business interests to Fortune-ranked multinational enterprises, as well as public agencies, and attorneys handling litigation involving insurers, policyholders, and insurance agents and brokers.

b. I am president and chief executive officer of Interisk Limited, 881 Dover Drive, Suite 360, Newport Beach, California 92663. I have worked in the property and casualty insurance industry for nearly 40 years. My career experience includes working as a casualty underwriter and supervisor for The Hartford Insurance Group, working for both regional and international insurance brokerage firms, working for an independent risk management consulting firm, and as director of risk management and insurance litigation consulting for Coopers &

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 2

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit 6**
**Page 2 of 18**

Lybrand, one of the (then) "Big Six" international accounting and consulting firms. I am now an independent risk management and insurance industry consultant.

    c.    I hold the Chartered Property Casualty Underwriter (CPCU) and Associate Risk Management (ARM) insurance professional designations. In addition, my education includes earning a Bachelor of Arts (BA) degree from the University of Iowa and a Master of Science in Administration (MSA) degree from Pepperdine University.

    d.    I have had extensive practical experience with underwriting and related matters during my career. In the past my duties have included underwriting applications for insurance; determining the terms, conditions, rates, premiums and premium rating methods appropriate for risks assumed by an insurer; placing facultative reinsurance on both primary and umbrella liability policies; oversight of underwriting authorities in an insurer's branch offices, including underwriting audits and in-office compliance reviews; supervising other underwriters and maintaining relationships with insurance agents and brokers; working with and teaching individual methods of rating and setting premiums for property and liability insurance policies, such as experience and schedule rating, retrospective rating plans, composite rating and loss rating; and conducting training classes for underwriters.

    e.    As an agent, I completed applications for insurance and assembled underwriting information required to submit risks for placement with various admitted and surplus lines insurers; prepared proposals for insurance for a variety of property and casualty accounts; issued agency binders and certificates of insurance within authorities granted by insurers; supervised agency service and claims personnel; and managed agency contracts with about 30 different domestic and foreign insurers, including profit commission arrangements.

    f.    While employed at Warren, McVeigh & Griffin as a risk management consultant from 1975-76 and 1979-83, I was responsible for writing the original version of *The Umbrella Book* in 1976, completely rewriting it in 1979 for publication as a loose-leaf reference on

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 3

Civil No. 08-229-E-BLW

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

m39169-1256445.doc

**Exhibit 6**
**Page 3 of 18**

catastrophe liability insurance, and preparing periodic updates to that publication from 1979-84. *The Umbrella Book* is one of over 40 publications I have authored. During the time I worked on *The Umbrella Book* it became recognized worldwide as the most complete, authoritative reference on umbrella and excess liability policy forms and endorsements and the analysis of coverage under such forms. It has been used extensively by risk managers, agents and brokers, lawyers, insurance carriers (particularly for competitive analysis and for the development of new umbrella forms). It also has been used extensively as an educational reference for training insurance professionals.

  g. As an adjunct to my research on umbrella and excess liability, for publications I have authored and in conjunction with a number of client engagements, I have performed research on all types of coverage forms used by insurance carriers to insure primary liability risks from 1886 to the present. My extensive research includes the history and development of policy forms, underwriting practices, and limits of liability with respect to primary, excess and umbrella liability coverages, and the separate development of property damage liability insurance after 1924. The "generations" of liability policies encompassed by my research include the period from issuance of the first U.S. liability policy in 1886, to the early 1920s; the 1920s through the introduction of the first Comprehensive General Liability ("CGL") forms in 1940; each successive version of CGL forms, including revisions issued by the National Bureau of Casualty Underwriters ("NBCU") in 1941, 1943, 1947, 1955, and 1966, and versions issued by NBCU's successor organization, Insurance Services Office ("ISO") in 1973, and the major extensions of coverage introduced in 1976. The complete revision of the CGL program introduced in 1986 is a new generation of liability coverage, now called "Commercial General Liability." In addition to the extensive history of CGL coverage, I have researched the development of excess and umbrella liability limits and coverages, and the interrelationship of these coverages with key changes in primary CGL forms.

EXPERT REPORT OF JAMES A. ROBERTSON, CPCU, ARM -- 4

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Exhibit 6
Page 4 of 18

My research on the forms of coverage also has included changes in rules of construction, rating rules and premium determination methods, and underwriting practices.

h.   In 1985, I wrote and published the first of five editions of *ISO Commercial Liability Forms: A Side-by Side Comparison*, an objective comparison of the ISO 1973 CGL/1976 BFCGL and the 1986 occurrence and claims-made general liability forms. I continued to write and update this publication through its fifth edition in 1990.

i.   Since 1975 I have qualified as an expert witness on many insurance subjects and testified in depositions and/or trials in over 300 matters filed in state and federal courts in Arizona, California, Connecticut, the District of Columbia, Florida, Idaho, Illinois, Louisiana, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, New York, Ohio, Oregon, Pennsylvania, Texas, Utah, Virginia, Washington and Wisconsin.

j.   A copy of my curriculum vitae is attached hereto as Appendix 1. My CV includes a list of all publications I have authored during the last ten years.

k.   Attached as Appendix 2 is a list of prior cases in which I have testified in trial or deposition since January 1, 2004.

## III.   INFORMATION REVIEWED AND CONSIDERED

The following is a list of the depositions, pleadings and documents I have reviewed and considered in forming the opinions that I express herein:

a.   Policy number CLA30-9002-031, issued by American Employers to El Paso, effective January 1, 1965 - January 1, 1966, production nos. OneB000643 - OneB000737.

b.   Policy number CLA30-9002-049, issued by American Employers to El Paso, effective January 1, 1968 - January 1, 1969, production nos. OneB000195 - OneB000246.

c.   Policy number CLA-E-9002-065, issued by American Employers to El Paso, effective January 1, 1970 - January 1, 1971, production nos. OneB000146 - OneB000176.

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 5

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit 6**
**Page 5 of 18**

    d.    Policy number CLA-E-9002-071, issued by American Employers to El Paso, effective January 1, 1971 - January 1, 1972, production nos. HUNT024275 – HUNT024337.

    e.    Policy number CLA-E-9002-076, issued by American Employers to El Paso, effective January 1, 1972 - January 1, 1973, production nos. HUNT024338 – HUNT02400.

    f.    Umbrella policy number S-16-02117, issued by Employers' Surplus Lines Insurance Company ("ESLIC") to El Paso, effective March 28, 1966 – March 28, 1967, production nos. OneB000302 – OneB000321.

    g.    Excess policy number S-16-02583, issued by ESLIC to El Paso, effective May 6, 1966 – May 6, 1969, production nos. OneB000340 – OneB000342.

    h.    Letter dated November 12, 2008 from Evelyn Riley to Jay Spillett regarding defense of the North Maybe Mine claim, production nos. OneB008087-OneB008092.

    i.    Significant Claim Report, production nos. OneB008113-OneB008119.

    j.    Documents relating to claims asserted under CLA30-9002-043, production nos. HUNT031049 – HUNT031052.

## IV.   FACTS

Based on my experience as well as the review and analysis of the documents listed above, the following facts appear to be undisputed and are facts that I assume to be true in rendering my opinion.

    a.    American Employers Insurance Company issued primary general liability policies to El Paso Natural Gas Products Company and/or El Paso Products Company (together "El Paso"), from at least 1964 through 1977.

    b.    There is a two-year period, during calendar years 1966 and 1967, where neither El Paso's successor, Huntsman Advanced Materials LLC, nor American Employers' successor, OneBeacon Insurance Company, have been able to locate the primary general liability policies.

EXPERT REPORT OF JAMES A. ROBERTSON, CPCU, ARM -- 6

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit 6**
**Page 6 of 18**

c. The missing policy numbers are CLA30-9002-035, effective January 1, 1966 – January 1, 1967 (hereinafter, the 1966 policy), and CLA30-9002-043, effective January 1, 1967 – January 1, 1968 (hereinafter, the 1967 policy).

d. On behalf of American Employers, OneBeacon Insurance Company has denied the existence of primary general liability policies issued to El Paso by American Employers for calendar years 1966 and 1967, although OneBeacon has agreed to provide a defense to the North Maybe Mine claims, with reservation of rights, pursuant to one of the missing policies.

e. There is documentation indicating that American Employers paid claims at one time under at least one of the missing policies, CLA30-9002-043.

## V. OPINIONS

Based on my experience and the facts as summarized above, I have formed the following opinions to date.

a. Based on the facts and circumstances of this case, the best evidence of how the missing policies would have been written can be found by comparing the terms and conditions of the primary liability policies issued before and after calendar years 1966 through 1967, considered along with other known facts about the terms and conditions of primary liability insurance policies that were being written in 1966 and 1967, and the customs and practices of the insurance industry with respect to general liability underwriting and risk management.

b. The missing policies, based on the evidence that they were in fact issued, would most likely have been based on the coverage forms identified by the title "Comprehensive General Liability" (CGL) that were then in use in each respective time period. The CGL form in use for policies with inception dates prior to February 1, 1966, would have been the version of the National Bureau of Casualty Underwriters (NBCU) CGL coverage form in use since 1955. For policies issued after February 1, 1966, insurers such as American Employers that used the forms

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 7

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit 6**
**Page 7 of 18**

promulgated by the NBCU would have used the version of the CGL coverage form known generally as the "1966 CGL."

    c.    The 1966 policy would most likely have included the same basic CGL coverage form as had been used in the 1964 and 1965 American Employers primary CGL policies. Those policies used the 1955 CGL form promulgated by the NBCU. The earlier policies show both the printed coverage forms and other terms and conditions of coverage afforded to El Paso by American Employers, with no substantial differences in the coverage terms.

    d.    On February 1, 1966, companies then using standard liability forms promulgated and filed with regulators by the NBCU began changing to the use of the 1966 CGL terms and conditions as policies of each subscribing insurer were renewed. Thus, the 1967 policy issued to El Paso by American Employers would be based on the new 1966 CGL form, as verified by its use in all subsequent policies that were available for review up to the 1972 policy year.

    e.    Based on the policies before and after the missing years, and underwriting practices demonstrated in those policies, the missing policies would not have included any "pollution exclusion" that would potentially affect coverage for the North Maybe Mine claims. Similarly, since all policies issued to El Paso by American Employers that are available for review include a "care, custody, and control" coverage endorsement, it is most likely that the missing years would have included the same coverage, thus nullifying the exclusion of property damage in the insured's care, custody and control contained in exclusion j of the 1955 CGL and exclusion i of the 1966 CGL form.

/////

/////

/////

/////

/////

EXPERT REPORT OF JAMES A. ROBERTSON, CPCU, ARM -- 8

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** pc
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit 6**
**Page 8 of 18**

## VI. DISCUSSION OF BASIS FOR OPINIONS

My opinions are based on my review of the documents identified in Section III above and my experience, training and prior research in the customs and usage related to liability insurance forms and underwriting in the United States. From my review of the documents identified in Section III, I am able to reach the conclusions identified in Section V of this report with a high degree of professional certainty.

\* \* \* \* \*

Consistent with the standards for professional conduct of my profession, I reserve the privilege of modifying this report or opinions herein if I am provided with new or additional information not available to me at the time this report was prepared.

DATED this 27th day of August, 2009.

By _____
James A. Robertson, CPCU, ARM

EXPERT REPORT OF JAMES A.
ROBERTSON, CPCU, ARM -- 9

Civil No. 08-229-E-BLW

m39169-1256445.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Case 4:08-cv-00229-BLW Document 42-28 Filed 09/25/09 Page 9 of 18

Exhibit 6
Page 9 of 18

Appendix 1

# INTERISK

Interisk Limited
881 Dover Drive, Suite 360
Newport Beach, CA 92663
949-548-2000
Fax 888-530-7829
ceo@interisk.com

## PROFESSIONAL RESUME
## OF
## JAMES A. ROBERTSON, CPCU, ARM

**EXPERIENCE**

**Interisk Limited**
**President/Chief Executive Officer**
  1992 - Present. Under Mr. Robertson's direction, Interisk Limited provides services related to risk management, insurance litigation consulting, and serving as an expert witness in disputes involving coverage issues, underwriting, agents and brokers E&O, and related customs and practices in property & casualty insurance. Interisk also performs consulting engagements related to the formation and operation of private insurers ("captives"). Interisk Limited is associated with Interisk Corporation in Tampa, Florida. This association expands client service capacity in risk management consulting, claim reviews and employee benefit services. Mr. Robertson has testified on most types of property and casualty coverages, with an emphasis on all forms of general, excess and umbrella liability. Previous assignments have allowed him to perform extensive research on the history of all major forms of general, excess and umbrella liability, from the 1880s through the present.

**Coopers & Lybrand**
**Director, Insurance Litigation Services & Risk Management**
  1987-92. In the Casualty Actuarial and Risk Management Practice of C&L, Mr. Robertson specialized in consulting for attorneys on industry customs and practices related to insurance coverage litigation, underwriting, and agent/broker practices. He also directed consulting engagements on captives and risk retention groups, contract reviews and other services for the audit and litigation practices of C&L, and merger & acquisition due diligence reviews. He was the director-in-charge of the insurance litigation, claims and risk management consulting practice in the Newport Beach office of C&L, with a total staff of 8.

**James A. Robertson & Associates, Inc./Insurance Litigation Consultants**
**President**
  1978-79, 1984-87. Independent consultant, writer and lecturer on insurance and risk management. Engagements were similar to his current practice.

**Warren, McVeigh & Griffin, Inc.**
**Principal Consultant and Editor, The Umbrella Book**
  1975-76, 1979-83. Directed or performed work on numerous risk management engagements. Clients included many Fortune 500 companies. He was responsible for all creative and administrative tasks for publishing *The Umbrella Book*, and editor for *The Risk Management Letter.*

**Reed Risk Management International, Ltd.**
**Senior Vice President**
  1976-78. As consultant for the Reed Stenhouse organization, provided counsel to Stenhouse clients, and assisted a Bermuda sister company in forming captive insurance subsidiaries for large U.S. and Canadian corporations.

**Tausch Insurance Brokers**
**Assistant Vice President-Administration and Underwriting Manager**
  1974-75. Responsible for office administration, underwriting and marketing in $12 million premium volume Orange County, California, insurance agency. Acted in advisory role to clients and producers in insurance program design and coverage analysis.

**Hartford Insurance Group**
**Casualty Underwriting Supervisor**
  1970-74. Supervised underwriters and placed reinsurance for Los Angeles office writing $7 million in commercial casualty premium. Staff responsibilities in Pacific Division (San Francisco) included supervising casualty underwriting of three offices, placing reinsurance, and performing underwriting audits.

Consultants ♦ Insurance Litigation & Claims ♦ Risk & Insurance Management ♦ Employee Benefits

**Exhibit 6**
**Page 10 of 18**

Professional Resume of James A. Robertson							Page 2

## EDUCATION

Graduate	Pepperdine University, Graduate School of Business & Management, Los Angeles, California. Master of Science in Administration (MSA) degree (MBA program), 1976.

San Francisco Theological Seminary, theological studies (no degree), 1969-70

Undergraduate	University of Iowa, Iowa City, Iowa. Bachelor of Arts (BA) degree, Psychology and Religion (double major), 1969.

Knox College, Galesburg, Illinois, 1965-66

## PROFESSIONAL CREDENTIALS & LICENSES

California Fire & Casualty Insurance Broker's License, No. 0E70877.

Chartered Property Casualty Underwriter (CPCU) Designation; American Institute for Chartered Property Casualty Underwriters, Inc., Malvern, Pennsylvania, 1973.

Associate in Risk Management (ARM) Designation; Insurance Institute of America, Malvern, Pennsylvania, 1976.

Permanent California Community College Instructor Credential in Insurance, Business & Industrial Management and Psychology; California State Department of Education.

Completed 5 parts of 10 part program leading to the Chartered Life Underwriter (CLU) Designation; The American College, Bryn Mawr, Pennsylvania.

## PROFESSIONAL AFFILIATIONS

American Bar Association (ABA), associate member

Defense Research Institute (DRI), member

Society of Risk Management Consultants (SRMC):
    Director (1995-97)
    Chairman, Professional Practices Committee (1986-87)
    Member, Professional Practices Committee (1992-95)

Society of CPCU:
    Regional Vice President, Western Region (1991-92)
    National Director, Western Region (1988-91)
    Consulting, Litigation & Expert Witness Section, Chairman (1993-96); Committee Member (1997-)
    National Leadership Training Committee (1992-93)
    National Publications Committee (1984-88); Chairman (1987-88)
    Orange Empire Chapter
        President, Vice President, Secretary, Treasurer & Director (1981-86)
        General Chairman (1987) & Program Chairman (1975), All Industry Day
        Public Relations Committee Chairman (1982)
        Jay Gleason (National) Award for Excellence in Public Relations (1982)
        Member of Research Committee awarded 1st place for 1986 CPCU research papers
    El Paso Chapter
        Education Chairman & Instructor (1978-79)
    Foreign Seminar, London, England, 1982

*INTERISK*

**Exhibit 6**
**Page 11 of 18**

Professional Resume of James A. Robertson                                    Page 3

### TEACHING EXPERIENCE

Instructor on insurance, casualty underwriting, large risk rating plans and risk management for various special courses offered between 1973 and 1976, at University of Southern California, Insurance Educational Association (San Francisco), and The Hartford Insurance Group (San Francisco and Los Angeles).

Instructor CPCU Courses, Santa Ana College (Rancho Santiago Community College District), 1975-77. Insurance Principles & Practices (CPCU I); Management, Accounting & Finance (CPCU V); The Structure of the Risk Management Process (ARM 54); Risk Control (ARM 55) Risk Financing (ARM 56).

Instructor for CPCU I, El Paso, Texas, 1978.

### PUBLICATIONS

#### Books

*The Captive Insurance Manual* (Chatsworth, CA: NILS Publishing Company, 1990).

"Do You Need an International Broker?," in *Business Strategy International* (London, UK: Cornhill Publications Limited, 1988).

*ISO Commercial Liability Forms: A Side-By-Side Comparison* (San Francisco, CA: Professional Insurance Publications, 1984, 1985, 1986; Newport Beach, CA: Coopers & Lybrand, 1988).

*It's Time To Take The Mystery Out Of Umbrellas* (San Francisco, CA: Professional Insurance Publications, 1984).

*Key Financial Ratios* (El Paso, TX: Robertson Publishing Company, 1978).

"Excess Property and Liability Coverage," in *Multiple Lines Insurance Production,* by Richard D. Turner, Stephen Horn, II, Seeman Waranch, and Peter R. Kensicki (Malvern, PA: Insurance Institute of America, 1982). Reviewer before publication and contributor to Chapter 9 of textbook for IIA's PRO82 Course, pp. 443-493.

"Insurance and Insurance Coverage Issues," in *The Environmental Dispute Handbook: A Practical Guide for Parties Involved in Litigation, Claims or Disputes Arising from Hazardous Products or Waste,* Co-Author James P. Barber (Colorado Springs, CO; Wiley Law Publications, 1991).

*Practical Risk Management* (San Francisco, CA: Warren, McVeigh & Griffin). Contributor to supplements published during 1975-76.

"Risk and Insurance Management," in *The Handbook of Cash Flow and Treasury Management,* Vince DiPaolo, Editor (Chicago, IL: Probus Publishing, 1988), pp. 379-411.

*The Risk Management Letter* (Newport Beach, CA: Warren, McVeigh & Griffin, Inc.). Editor, and author of 18 articles, 1981-83 (see separate list).

*Tough Questions & Straight Answers...ISO's New Commercial General Liability Insurance Policies* (Malvern, PA: The Society of CPCU and Independent Insurance Agents of America, Inc., 1985). Contributing author.

*The Umbrella Book* (Newport Beach, CA: Warren, McVeigh & Griffin, Inc., 1976, 1979-84). Principal author of first edition (1976), and of revision for republication (1979); editor for ongoing supplements, 1979-84.

#### Articles

"How Umbrella Policies Started - Part I: Early Liability Coverage," *IRMI.com Expert Commentary*, March, 2000.
"How Umbrella Policies Started - Part II: The First Umbrella Forms," *IRMI.com Expert Commentary*, April,

*INTERISK*

**Exhibit 6**
**Page 12 of 18**

Professional Resume of James A. Robertson                                                                 Page 4

    2000.
"Arranging Umbrella Liability Insurance," *The Broker*, May/June, 1984.
"'8th Cycle': Buyers Take Control," *National Underwriter*, March 21, 1988.
"Impact of ISO's Claims-Made CGL Form," *The Broker*, March/April, 1986.
"Insurance Consultant Licensing," *CPCU Journal*, June, 1979.
"ISO's 1986 CGL Forms: Objections to Both Versions," *The Broker*, November/December, 1985.
"Loss Portfolio Transfers: An Overview," (Co-author), *CPCU Journal*, December, 1985.
"Making the New Umbrellas Fit the New CGL," *Risk Management*, October, 1986.
"Matching Umbrellas With Primary Coverages," *The Broker*, July/August, 1984.
"1986 Forms: Setting the Stage for Change," *The Broker*, September/October, 1985.
"Placing Umbrella in the Tight Market," *The Broker*, March/April, 1985.
"Solvency Issues in Discounting Loss Reserves on the Fire & Casualty Annual Statement," (Co-author), *CPCU Journal*, March, 1987.
"The Problem of Additional Insureds," *CPCU Journal*, June, 1984.
"Risk Management Notes" (comment), *National Underwriter*, 1974.
"Would Licensing Make Underwriters Any Wiser?," *Business Insurance*, September 22, 1986.
*The Risk Management Letter*, Warren, McVeigh & Griffin, Inc. Author of the following articles, 1981-83:

| Category & Title | Issue | Date |
|---|---|---|
| **Captive Insurance Companies:** | | |
| -Have You Audited Your Captive Lately? | v.1 no.4 | Jun/Jul 1981 |
| **Liability Insurance:** | | |
| -Additional Insured Endorsements | v.2 no.3 | Jun/Jul 1982 |
| -Additional Insured Endorsements, (cont'd.) | v.2 no.5 | Sep/Oct 1982 |
| -Contractors Face Uninsured Property Damage Claims | v.2 no.1 | Jan/Feb 1982 |
| -Discrimination Liability Coverage | v.1 no.4 | Jun/Jul 1981 |
| -How to Fix Nonconcurrent Liability Programs | v.3 no.1 | Jan/Feb 1983 |
| -Improvements in Umbrella Forms | v.3 no.3 | May-Jul 1983 |
| -Retroactive Insurance | v.1 no.5 | Aug/Sep 1981 |
| -Structuring an Effective Excess Liability Insurance Program | v.2 no.5 | Sep/Oct 1982 |
| -The Umbrella Nonconcurrency Problem | v.1 no.4 | Jun/Jul 1981 |
| -What to Look for in Umbrellas | v.1 no.3 | Apr/May 1981 |
| **Property Insurance:** | | |
| -Excess and Manuscript Property Insurance | v.2 no.4 | Aug 1982 |
| **Risk Management:** | | |
| -Insurance Litigation: Causes and Alternatives | v.3 no.1 | Jan/Feb 1983 |
| -Insurer Solvency | v.3 no.6 | Dec 1983 |
| **Workers' Compensation Insurance:** | | |
| -Contractual Workers' Compensation Risks | v.3 no.2 | Mar/Apr 1983 |
| -Insuring Occupational Disease Risks | v.3 no.3 | May-Jul 1983 |
| -Umbrella Occupational Disease Coverage Limitations | v.2 no.3 | Jun/Jul 1982 |

## MAJOR MANUSCRIPTS

"Introduction to Risk Management" and "Quantitative Methods and Statistics for Risk Management." Based on seminars presented for employees of Reed Shaw Stenhouse in Canada and England, 1976-77.

"Insurance Risk Analysis and Forecasting by Computer." Based on seminars presented for American Management Associations, 1978-79.

*INTERISK*

**Exhibit 6**
**Page 13 of 18**

**Professional Resume of James A. Robertson**                                                                 Page 5

## MAJOR SEMINARS

Seminars Presented for Annual Conferences, Risk & Insurance Management Society (RIMS):
    "Are Offshore Captives Still Viable?," Washington, DC, 1988
    "Certificates of Insurance," New Orleans, 1985
    "Coordination of Indemnification," New Orleans, 1985
    "Excess Liability: Are Your Catastrophe Exposures Really Insured?," Washington, DC, 1982
    "Introduction to Risk Financing," Toronto, 1986; Las Vegas, 1987; Washington, DC, 1988
    "Structuring Liability Insurance Programs," Los Angeles, 1983

Seminars Presented for Insurance Institute for Continuing Education, Seattle, WA:
    "Analysis and Structuring of Umbrella Liability Coverage," 1980
    "Arranging Excess Liability Insurance," 1982
    "Establishing Deductibles and Self-Insured Retentions for Commercial Accounts," 1980
    "Impact of New CGL Forms on Umbrellas," 1984
    "The New ISO CGL Forms: Coverage Details," 1984

CPCU Society, Annual Meeting & Seminars, "Mock Trials" presented by the Consulting, Litigation & Expert Witness Section (various roles), 1995-2005.

"How to Acquire and Keep a Major Account," Warren, McVeigh & Griffin, (two-day seminar, various U.S. locations), 1979-80.

"How to Arrange and Analyze Umbrella and Excess Liability Programs," Insurance Agents & Brokers Association of the Pacific Northwest, Seattle, (one-day seminar), 1982.

"How to Avoid Errors & Omissions Placing the New ISO Liability Forms," Western Association of Insurance Brokers (one-day California seminar), 1985.

"How to Form & Operate A Risk Retention Group or Purchasing Group," The Insurance Journal, (two-day seminar, three locations), 1987.

"Order in the Court! The Insurance Professional as Consultant and Expert Witness in Litigation," CPCU Society, (one and one-half day seminar, various U.S. locations), 1992-97.

"Techniques for Improving Insurance Coverages," Warren, McVeigh & Griffin, (one-day seminar, various U.S. locations), 1979-80.

"Umbrella and Excess Liability Seminar," Insurance Agents and Brokers Association of Los Angeles (one-day seminar), 1981.

"Umbrella Liability Insurance: Arranging Coverage for the 1980's," Western Association of Insurance Brokers (California seminars), 1984.

*INTERISK*

**Exhibit 6**
**Page 14 of 18**

**Professional Resume of James A. Robertson**　　　　　　　　　　　　　　　　Page 6

**OTHER SEMINARS AND PRESENTATIONS**

Mr. Robertson has presented seminars or given speeches to a wide variety of organizations, including the following:

    Anderson & Anderson Insurance Brokers
    California Inland Empire Chapter, Society of CPCU
    Charles Pankow Builders
    El Paso Chapter, Society of CPCU
    El Paso Independent Agents Association
    Giddings, Corby & Hynes
    Hospital Financial Managers Association, El Paso Chapter
    Independent Agents & Brokers Association of San Fernando Valley
    Independent Insurance Agents Association of California
    Institute of Risk Management Consultants
    Institutional Investor Risk Management Seminars
    Insurance Agents & Brokers Association of Los Angeles
    Insurance Agents & Brokers Association of the Pacific Northwest
    Insurance Company Education Directors Society
    Insurance Consultants Society
    Insurance Education Association
    Insurance Institute for Continuing Education
    Insurance Services Office Seminar for Underwriters
    Irvine Sunrise Exchange Club
    Los Angeles Chapter, Society of CPCU
    National Association of Fleet Administrators
    Northern California Chapter, Society of CPCU
    Oakland Association of Independent Insurance Agents
    Orange County Bar Association, Insurance Section
    Orange Empire Chapter, RIMS
    Orange Empire Chapter, Society of CPCU
    Reed Shaw Stenhouse & Partners, Ltd.
    Risk & Insurance Management Society National Conference
    Risk & Insurance Management Society Western Regional Conference
    San Diego Chapter, Society of CPCU
    Society of CPCU, Annual Meetings & Seminars
    Society of Risk Management Consultants
    Southern California Underwriters Association
    Spokane Chapter, Society of CPCU
    Unigard Insurance Group
    Western Association of Insurance Brokers

*INTERISK*

**Exhibit 6**
**Page 15 of 18**

Appendix 2

## James A. Robertson, CPCU, ARM
## Trial Testimony and Deposition History

Inclusive Dates: January 1, 2004 - Present

| Trial Dates(s) | Depo Date(s) | Attorney/Law Firm | Case Caption | Case Number | Court | State | County/District |
|---|---|---|---|---|---|---|---|
| 02/23/04 | 11/10/03 | Arthur Schwartz, Esq. Gordon & Rees, LLP | Truck Underwriting Assn. dba Truck Ins. Exchange adv. Herbert McCurdy | DR 020669 | Superior | CA | Humboldt |
| | 07/14/04 | Jason Benton, Esq. Hughes, Hubbard & Reed | *Hartford Accident & Indemnity Co., et al. adv. Kerr-McGee Corp., et al. | SOM-L-229-01 | Superior | NJ | Somerset |
| | 08/24/04 | Janice Jensen, Esq. Laxalt & Nomura, LTD | Connecticut Specialty Ins. Co. v. GAB Robins | CV-N-02-0064-DWH-RAM | U.S. District | NV | |
| | 01/13/05 | Ralph T. Lepore, III, Esq. Holland & Knight | Liberty Mutual Insurance Co. v. The Black & Decker Corp., et al. | 1:04-CV-10651-DPW | U.S. District | MA | |
| | 01/19/05 | Erin O. Hallissy, Esq. Daniels, Fine, Israel & Schonbuch, LLP | *California Capital Insurance, et al. adv. International Society for Krishna Consciousness of California, Inc., et al. | CV 03-4506-DT (PJWx) | U.S. District | CA | Los Angeles |
| | 04/05/05, 04/06/05 | Suverna Patel, Esq. Karbal, Cohen, Economou, Silk & Dunne | *Birmingham Fire, et al. adv. Owens Corning | CI0200104929 | Court of Common Pleas | OH | Lucas County |
| | 04/27/05 | James Derrig, Esq. Eklund, Rockey & Stratton, P.S. | Johnson Insurance Agency, et al. adv. Patrick Archer Construction Co., Inc. | 03-2-3945-1 SEA | Superior | WA | King |
| 12/02/05 | 06/03/05, 07/01/05 | Eric Strobel, Esq. Hinshaw & Culbertson, LLP | *OneBeacon American Insurance Co. as Successor to General Accident Insurance Co., et al. adv. A.P.I., Inc. and Related Cross-Action | C9-02-8084 | District | MN | Ramsey |
| | 07/28/05 | Ross D. Roloff, Esq. Merlo, Kanofsky, Brinkmeier & Gregg, Ltd. | Everest Reinsurance Company v. Maremont Corporation | 03 CH 10905 | Circuit | IL | Cook |
| | 08/03/05 | Carl Blumenstein, Esq. Nossaman, Guthner, Knox & Elliott, LLP | *Aerojet General Corporation v. Fidelity & Casualty Company of New York, et al. | 527932 | Superior | CA | Sacramento |
| | 08/10/05 | Stephen J. Lauer, Esq. Comeau, Maldegen, Templeman & Indall, LLP | United Nuclear Corp. v. Travelers, et al. | CV 97-139 II | District | NM | McKinley |

*Case under confidentiality order

1

**Exhibit 6**
**Page 16 of 18**

| Trial Dates(s) | Depo Date(s) | Attorney/Law Firm | Case Caption | Case Number | Court | State | County/District |
|---|---|---|---|---|---|---|---|
| | 08/19/05 | Mark Fragner, Esq. Rubin, Fiorella & Friedman, LLP | U-Haul International, Inc., et al. v. Lumbermens Mutual Casualty Company | CIV-04-0662-PHX-DGC | U.S. District | AZ | AZ |
| | 08/24/05 | John C. Rasp, Esq. Blackwell Sanders Peper Martin, LLP | National Union Fire Ins. Co. of Pittsburgh, PA adv. Daughters of Charity Nat'l Health System, Inc., et al. | 4:04 CV 00754 CAS | U.S. District | MO | MO |
| | 10/06/05 | Jerome B. Abrams, Esq. Abrams & Smith, P.A. | First Specialty Insurance Co. v. James Econn & Co., et al. | YC048073 | Superior | CA | Los Angeles |
| | 01/10/06 | Jack B. Cobetto, Esq. Reed Smith, LLP | Marsh & McLennan Company adv. Metalforming Technologies, Inc et al. | 1:03 CV 0855 JDT-TAB | U.S District | IN | Indianapolis |
| | 03/08/06, 04/11/06, 04/12/06 | G. David Godwin, Esq. Carroll, Burdick & McDonough, LLP | *Certain Underwriters at Lloyd's London, et al. adv. Kaiser Aluminum and Chemical Corp. | 312415 | Superior | CA | San Francisco |
| 01/10/07; 01/11/07 | 03/22/06, 04/17/06, 05/16/06, 05/18/06 | Brent Barnes, Esq. O'Hara & Barnes, LLP | Anastasi Construction Co., et al. adv. Certain Underwriters at Lloyd's, et al. | BC260332 | Superior | CA | Los Angeles |
| | 06/22/06 | Eugenie Baumann, Esq. Haight, Brown & Bonesteel, LLP | Insurance Company of the West (ICW), et al. adv. Emma Mouren-Laurens | BC289958 | Superior | CA | Los Angeles |
| | 09/28/06 | Steven A. Simons, Esq. Law Offices of Steven A. Simons | Randy Shatz v. United States Aviation Underwriters, et al. | BC 338231 | Superior | CA | Los Angeles |
| | 10/04/06 | Scott T. Pratt, Esq. Keesal, Young & Logan | Willis Ins. Services of California, Inc., et al. adv. Rio Vista West Apartments, LLC | 03CC13119 | Superior | CA | Orange |
| | 11/13/06, 11/14/06 | James E. Whitmire, III, Esq. Santoro, Driggs, Walch, Kearney, Johnson & Thompson | *Rhodes Design & Development, et al. v. RLI, Mt. Hawley, et al. | A467077 | District | NV | Clark |
| 02/20/07, 02/21/07 | 01/03/07, 02/15/07 | Katina Ancar, Esq. Farella, Braun & Martel | John T. Kendall, Chapter 7 Trustee for Curon Medical, Inc. v. Woodruff-Sawyer & Co. | CGC-05-446675 | Superior | CA | San Francisco |
| | 01/23/07 | Ray L. Wong, Esq. Duane Morris, LLP | Transport Insurance Co., et al. v. Argonaut Insurance Co. | GIC860462 | Superior | CA | San Diego |

*Case under confidentiality order

2

Exhibit 6
Page 17 of 18

| Trial Dates(s) | Depo Date(s) | Attorney/Law Firm | Case Caption | Case Number | Court | State | County/District |
|---|---|---|---|---|---|---|---|
| | 02/28/07 | Theresa Lazorisak, Esq. Cooksey, Toolen, Gage, Duffy & Woog | Santiago Associates, LLC, et al. adv. Insurance Corporation of New York (INSCORP) and Related Cross-action | PC034970 | Superior | CA | Los Angeles |
| | 05/30/07, 05/31/07, 02/28/08 | Theodore J. May, Esq. Michaels & May, P.C. | *Columbia Casualty Co., et al. v. Arjo Wiggins Appleton P.L.C., et al. | 05-CV-36 | Circuit | WI | Brown |
| | 10/23/07 | Jeffrey R. Saxby, Esq. Epstein, Becker & Green | Willis Insurance Services of Georgia, Inc. adv. Four Seasons Healthcare, Inc. et al. | 2003-CV-67895 | Superior | GA | Fulton |
| | 11/14/07 | Robert F. Walsh, Esq. White & Williams, LLP | *Century Indemnity Co., et al. adv. Brown Group Retail, Inc., and Related Actions | 03CV1410 | District | CO | Denver |
| | 03/18/08 | Gerard Benvenuto, Esq. Traub Lieberman Straus & Shrewsberry, LLP | Evanston Ins. Co., et al. adv. State of Minnesota | 62-C7-05-012469 | District | MN | Ramsey |
| | 12/10/08 | Jeffrey C. Gerish, Esq. Plunkett Cooney P.C. | Liberty Mutual Insurance Co. v. Pella Corporation, et al. | 4:07-CV-508-JEG-CFB | U.S. District | IA | |

3

*Case under confidentiality order

**Exhibit 6**
**Page 18 of 18**